IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL GORDON DAY,

    Petitioner,

v.                                              Civil Action No. **3:24CV847**

**UNKNOWN**,

    Respondent.

**MEMORANDUM OPINION**

Petitioner, a federal prisoner proceeding *pro se*, submitted a letter. (ECF No. 1.) Given the content of this document, the Court found it was appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

By Memorandum Order entered on December 6, 2024, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition if he wished to file a petition for a writ of habeas corpus. The Court warned Petitioner that the failure to comply with the terms of the December 6, 2024 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b). More than twenty (20) days have elapsed and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion

Date: 1/14/25
Richmond, Virginia

/s/ *[signature]*
John A. Gibney, Jr.
Senior United States District Judge